# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| United States of America,<br><br>                      Plaintiff,<br><br>        v.<br><br>Joseph Fesi,<br><br>                      Defendant. | Case No. 2:26-cr-00012-APG-NJK<br><br>**AMENDED ORDER** |

Defendant Joseph Fesi is alleged to have committed a robbery offense, in violation of 18 U.S.C. § 1951(a). He made his initial appearance before the Court on January 21, 2026. Rachel Stewart, CJA counsel, appeared with Mr. Fesi. She expressed doubts regarding his competency based on his mental health diagnosis, which includes Autism and Aspergers. It was also noted that Jospeh Fesi is receiving social security disability. His father appeared in court and sat by him throughout the proceeding. While Mr. Fesi answered all the questions asked by the Court, based on the representations of counsel, the Court has reasonable cause to believe that he may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The Court therefore orders a mental competency hearing pursuant to 18 U.S.C. § 4241.

**IT IS ORDERED** that:

1.      In accordance with 18 U.S.C. § 4241, Mr. Fesi undergo a psychiatric or psychological evaluation to determine whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

4.      The examination conducted pursuant to this order shall be conducted by one or more licensed or certified psychiatrists or clinical psychologists. 18 U.S.C. § 4247(b). At this juncture, the court does not believe commitment is necessary to obtain the needed evaluations.

5.     Ms. Stewart is ordered to contact CJA Resource Counsel to designate and retain a local provider.

6.     A psychiatric or psychological report shall be prepared by the examiner(s) conducting the psychiatric or psychological examination.

7.     Ms. Stewart is ordered to file the report with the Court (under seal) and produce it to the assistant United States Attorney by March 5, 2026.

8.     The report shall include:

    a.     Defendant's history and present symptoms;

    b.     A description of the psychiatric, psychological or medical tests that were employed and their results;

    c.     The examiner's findings;

    d.     The examiner's opinions concerning whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense.

Additionally, the Court sets a status hearing on this matter for March 9, 2026, at 10:00 A.M. in LV courtroom 3B. At that time, the Court will determine whether there is a need to proceed with a competency hearing.

**IT IS FURTHER ORDERED** that this Court's Order at ECF No. 19 is VACATED.

DATED: January 30, 2026.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE