RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Joseph Fesi*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>JOSEPH FESI,<br>        Defendant. | CASE NO: **2:26-cr-00012-APG-NJK-2**<br><br>**STIPULATION TO CONTINUE STATUS HEARING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by JOSEPH FESI, by and through his attorney, RACHAEL E. STEWART, ESQ., and the United States of America, by and through COURTNEY STRANGE, ESQ., Assistant United States Attorney, that the deadline to file the competency report currently scheduled for March 5, 2026, be continued to March 20, 2026, and the status hearing scheduled for March 9, 2026, be continued to March 26, 2026, at 11:30 a.m.

The request for a continuance is based upon the following:

1.    An unavoidable time conflict has arisen, and Defense Counsel cannot be present on March 9, 2026.

2.    The competency evaluation has been completed, but the parties are still awaiting the report.

3.    The Government has no objection to the continuance.

1

4.      Mr. Fesi is not in custody, and he agrees to the continuance.

5.      The additional time requested is not for the purposes of delay.

6.      This is the first stipulation to continue Mr. Fesi's status hearing.

DATED: March 5, 2026

Respectfully submitted,


*/s/ Rachael E. Stewart*            */s/ Courtney Strange*
Rachael E. Stewart, Esq.            Courtney Strange
400 S. 4th Street, Suite 500        Assistant United States Attorney
Las Vegas, Nevada 89101             501 Las Vegas Boulevard, Suite 1100
*Counsel for Joseph Fesi*           Las Vegas, Nevada 89101
                                    *Counsel for the United States of America*


## **ORDER**

IT IS HEREBY ORDERED, based upon the filing by the parties and the record in this case and good cause appearing therefor, that the status hearing currently scheduled for March 9, 2026, at the hour of 10:00 a.m. be vacated and continued to the 26th day of March, 2026, at the hour of 11:30 a.m.

IT IS FURTHER ORDERED that the evaluation report shall be filed under seal no later than March 20, 2026.

IT IS SO ORDERED.

DATED this __6th__ day of ____March____, 2026.


_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

2