RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Joseph Fesi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) CASE NO: **2:26-cr-00012-APG-NJK-2** |
| Plaintiff, | ) ) |
| vs. | ) ) **STIPULATION TO CONTINUE STATUS** |
| JOSEPH FESI, | ) **HEARING** ) ) (Second Request) |
| Defendant. | ) ) ) ) ) ) |

IT IS HEREBY STIPULATED AND AGREED by JOSEPH FESI, by and through his attorney, RACHAEL E. STEWART, ESQ., and the United States of America, by and through COURTNEY STRANGE, ESQ., Assistant United States Attorney, that the status hearing scheduled for March 23, 2026, at 11:00 a.m. be continued to April 1, 2026, at 11:30 a.m.

The request for a continuance is based upon the following:

1.   On March 12, 2026, the Court issued a minute order [ECF No. 32] rescheduling the status conference to March 23, 2026.

2.   Counsel for both parties have scheduling conflicts on March 23, 2026. After contacting the courtroom administrator, the parties determined that April 1, 2026, is available for all parties and the Court.

3.   The Government has no objection to the continuance.

1

4.      Mr. Fesi is not in custody, and he agrees to the continuance.

5.      The additional time requested is not for the purposes of delay.

6.      This is the second stipulation to continue Mr. Fesi's status hearing.

DATED: March 12, 2026

Respectfully submitted,

/s/ Rachael E. Stewart
Rachael E. Stewart, Esq.
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Counsel for Joseph Fesi

/s/ Courtney Strange
Courtney Strange
Assistant United States Attorney
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
Counsel for the United States of America

**ORDER**

IT IS HEREBY ORDERED, based upon the filing by the parties and the record in this case and good cause appearing therefor, that the status hearing currently scheduled for March 23, 2026, at the hour of 11:00 a.m. be vacated and continued to the 1st day of April, 2026, at the hour of 11:30 a.m.

IT IS SO ORDERED.

DATED this __13th__ day of __March__, 2026.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

2