RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Joseph Fesi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>JOSEPH FESI,<br>　　　　　Defendant. | CASE NO: **2:26-cr-00012-APG-NJK-2**<br><br>**STIPULATION TO CONTINUE DEADLINE FOR REPORT**<br><br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by JOSEPH FESI, by and through his attorney, RACHAEL E. STEWART, ESQ., and the United States of America, by and through COURTNEY STRANGE, ESQ., Assistant United States Attorney, that the deadline to file the competency report currently scheduled for March 20, 2026, be continued to March 25, 2026.

　　　　The request for a continuance is based upon the following:

1.　　　　The competency evaluation has been completed, but the parties are still awaiting the report. Defense counsel has been assured that the report is forthcoming.

2.　　　　The Government has no objection to the continuance.

3.　　　　Mr. Fesi is not in custody, and he agrees to the continuance.

4.　　　　The additional time requested is not for the purposes of delay.

1

5.    This is the second stipulation to continue the deadline for the report.

DATED: March 20, 2026

Respectfully submitted,


/s/ Rachael E. Stewart                      /s/ Courtney Strange
Rachael E. Stewart, Esq.                  Courtney Strange
400 S. 4th Street, Suite 500              Assistant United States Attorney
Las Vegas, Nevada 89101                501 Las Vegas Boulevard, Suite 1100
*Counsel for Joseph Fesi*                  Las Vegas, Nevada 89101
                                                    *Counsel for the United States of America*


## **ORDER**

IT IS HEREBY ORDERED that the evaluation report shall be filed under seal no later than March 25, 2026.

IT IS SO ORDERED.

DATED this __24th__ day of __March____, 2026.


_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

2