RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Joseph Fesi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>      vs.<br><br>JOSEPH FESI,<br>            Defendant. | CASE NO:  **2:26-cr-00012-APG-NJK-2**<br><br>**STIPULATION TO CONTINUE STATUS HEARING**<br><br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED by JOSEPH FESI, by and through his attorney, RACHAEL E. STEWART, ESQ., and the United States of America, by and through COURTNEY STRANGE, ESQ., Assistant United States Attorney, that the deadline to file the competency report currently scheduled for March 25, 2026, be continued to April 13, 2026, and that the status hearing scheduled for April 1, 2026, at 11:30 a.m. be continued to April 20, 2026, at 11:30 a.m.

The request for a continuance is based upon the following:

1.      The parties are still awaiting the report from the competency evaluation. Defense counsel has not yet received an update regarding the status of the report.

2.      The Government has no objection to the continuance.

3.      Mr. Fesi is not in custody, and he agrees to the continuance.

1

4.      The additional time requested is not for the purposes of delay.

5.      This is the third stipulation to continue Mr. Fesi's status hearing.

DATED: March 25, 2026

Respectfully submitted,

*/s/ Rachael E. Stewart*                    */s/ Courtney Strange*
Rachael E. Stewart, Esq.              Courtney Strange
400 S. 4th Street, Suite 500          Assistant United States Attorney
Las Vegas, Nevada 89101           501 Las Vegas Boulevard, Suite 1100
*Counsel for Joseph Fesi*             Las Vegas, Nevada 89101
                                                  *Counsel for the United States of America*

## **ORDER**

IT IS HEREBY ORDERED, based upon the filing by the parties and the record in this case and good cause appearing therefor, that the status hearing currently scheduled for April 1, 2026, at the hour of 11:30 a.m. be vacated and continued to the 20th day of April, 2026, at the hour of 11:30 a.m.

IT IS FURTHER ORDERED that the evaluation report shall be filed under seal no later than April 13, 2026.

IT IS SO ORDERED.

DATED this  26th  day of   March      , 2026.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

2