RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Joseph Fesi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>JOSEPH FESI,<br>　　　　　Defendant. | CASE NO:  **2:26-cr-00012-APG-NJK-2**<br><br>**STIPULATION TO CONTINUE STATUS HEARING**<br><br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED by JOSEPH FESI, by and through his attorney, RACHAEL E. STEWART, ESQ., and the United States of America, by and through COURTNEY STRANGE, ESQ., Assistant United States Attorney, that the deadline to file the competency report currently scheduled for May 4, 2026, be continued to May 25, 2026, and that the status hearing scheduled for May 11, 2026, at 11:30 a.m. be continued for a period of thirty (30) days, to a date and time at the Court's convenience.

The request for a continuance is based upon the following:

1.　　The parties are still awaiting the report from the competency evaluation. Defense counsel is evaluating other options for moving the case forward.

2.　　The Government has no objection to the continuance.

3.　　Mr. Fesi is not in custody, and he agrees to the continuance.

4.    The additional time requested is not for the purposes of delay.

5.    This is the fifth stipulation to continue Mr. Fesi's status hearing.

DATED: May 4, 2026

Respectfully submitted,

/s/ Rachael E. Stewart                    /s/ Courtney Strange
Rachael E. Stewart, Esq.                  Courtney Strange
400 S. 4th Street, Suite 500              Assistant United States Attorney
Las Vegas, Nevada 89101                   501 Las Vegas Boulevard, Suite 1100
Counsel for Joseph Fesi                   Las Vegas, Nevada 89101
                                          Counsel for the United States of America

**ORDER**

IT IS HEREBY ORDERED, based upon the filing by the parties and the record in this case and good cause appearing therefor, that the status hearing currently scheduled for May 11 2026, at the hour of 11:30 a.m. be vacated and continued to June 15, 2026, at 11:00 a.m.

IT IS FURTHER ORDERED that the evaluation report shall be filed under seal no later than May 25, 2026.

IT IS SO ORDERED.

DATED this  6th   day of _____May_____, 2026.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

2